UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF CLAUNCH, an individual,<br>Plaintiff,<br>v.<br>WHEEL PROS, LLC, a Delaware limited liability company; and DOES 1-20, inclusive,<br>Defendants. | No. 2:26-cv-00730-JAM-SCR<br>**ORDER TO STAY CASE BASED ON FIRST TO FILE RULE**<br>**ORDER DENYING MOTION TO DISMISS COUNTERCLAIM** |

Defendant's Motion to Transfer, or Alternatively to Stay, Case Based on First to File Rule by Defendant Wheel Pros, LLC (ECF No. 10) is GRANTED. In consideration of the briefing and argument by the Parties and finding good cause therefore, the Court hereby ORDERS as follows:

This case is stayed pending resolution of Defendant's case currently pending in the United States District Court for the Eastern District of New York ("EDNY") – Wheel Pros, LLC v. ASR Motorsport, LLC, et al., Civil Action No. 2:25-cv-00929-NJC-ARL (ECF No. 10-4). The Court finds that the Defendant's lawsuit in the EDNY is substantially similar to the instant case and court

resources would be wasted by allowing this case to proceed simultaneously with the earlier filed EDNY case. The "first to file" rule allows this Court to transfer, stay, or dismiss a case when a similar case was filed previously in another federal court. Alltrade, Inc. v. Uniweld Products, Inc., 946 F2d 622, 624 (9th Cir. 1991). This rule promotes judicial economy and consistency in adjudication. See Kohn Law Group v. Auto Parts Mfg. Mississippi, Inc., 787 F3d 1237, 1240 (9th Cir. 2015). The Court finds that all three factors of the first to file rule have been satisfied here and that Defendant's request for a stay should be granted.

For these reasons, this case shall be stayed until the above identified action in the EDNY is resolved. Plaintiff's motion to dismiss Defendant's Counterclaim (ECF No. 11) is DENIED WITHOUT PREJUDICE as moot. The parties are ordered to file a Joint Status Conference report within ten (10) days of final resolution of the EDNY lawsuit or one year from the date of this Order, whichever occurs first.

Defendant's Reply Brief (ECF No. 14) exceeded the Court's five page limitation by two pages (ECF No. 3-2). Defendant's counsel is ordered to pay sanctions of $100 to the Clerk of the Court by September 2, 2026.

IT IS SO ORDERED.

Dated: August 26, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE